Ross Day, OSB #002395
Day Law, P.C.
7831 St. Charles Street NE
Keizer, Oregon  97303
Mailing Address: P.O. Box 30148
Portland, Oregon 97294
ross@daylawpc.com
T:(503) 747-2705
F:(503) 914-1892
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **LINDSEY GRAHAM**, et al.,<br><br>　　　　　　*Plaintiffs*,<br><br>*vs.*<br><br>**KATE BROWN**, et al.,<br><br>　　　　　　*Defendants*. | Case No.:  6:21-cv-00141-AA<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFFS' RESPONSE TO DEFENDANTS' PARTIAL MOTION TO DISMISS AND MOTION TO SUBSTITUTE |

**CERTIFICATE OF COMPLIANCE**

In compliance with LR 7-1, Counsel for Plaintiffs Lindsey Graham, et al. (herein "Plaintiffs") made a good faith effort to resolve this matter through electronic mail communications with counsel for all Defendants.  Defendants do not object to this motion.

**MOTION**

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiffs move for an order extending the deadline for the Plaintiffs to file a response to Defendants' Partial Motion to Dismiss and Motion to Substitute in this matter.

Page 1　　UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFFS' RESPONSE TO DEFENDANTS' PARTIAL MOTION TO DISMISS AND MOTION TO SUBSTITUTE

Plaintiffs request an extension to Friday, March 5, 2021, for the Plaintiffs to file a response to Defendants' Partial Motion to Dismiss and Motion to Substitute in this matter.

Counsel for the Plaintiffs has had a number of personal and professional duties that have caused an unusual strain on his resources, such that additional time is needed to file and serve Plaintiffs' response to Defendants' Partial Motion to Dismiss and Motion to Substitute.

This motion is made in good faith, in the interests of justice, and is not made for the purpose of delay.

*Dated* this 2nd day of February, 2021.

                                                                                                         /s/ Ross Day
                                            Ross Day, OSB #002395
                                            Day Law, P.C.
                                            P.O. Box 30148
                                            Portland, Oregon 97294
                                            T: 503.747.2705
                                            F: 503.914.1892
                                            E: ross@daylawpc.com